**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                :         CHAPTER 13

JOHN J. DOUGHERTY              :         BKY. NO.  18-14827ELF13

**O R D E R**

AND NOW, this **7th** day of **August**, 2018 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is **Granted**. Debtor has until **8/17/2018** to file the necessary Schedules, Plan, Means Test and Statement of Financial Affairs in the above captioned matter.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**