United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John J. Dougherty  
    Debtor

Case No. 18-14827-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Aug 07, 2018  
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.  
db           +John J. Dougherty,    313 Patricia Lane,    Aldan, PA 19018-3739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2018 02:29:28      U.S. Attorney Office,  
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                                     TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2018 at the address(es) listed below:  
         MICHAEL A. CIBIK2    on behalf of Debtor John J. Dougherty ecf@ccpclaw.com,  
           igotnotices@ccpclaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as trustee, on  
          behalf of the holders of the Asset Backed Pass-Through Certificates, Series RFC 2007-HE1  
           bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                            TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOHN J. DOUGHERTY | : | BKY. NO.  18-14827ELF13 |

**O R D E R**

AND NOW, this 7th day of August, 2018 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is **Granted**. Debtor has until **8/17/2018** to file the necessary Schedules, Plan, Means Test and Statement of Financial Affairs in the above captioned matter.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**