## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                              :Chapter 13
**John J. Dougherty**

(DEBTOR)                           :Bankruptcy #18-14827ELF13

                                   : Adv. Case #18-218


### PRAECIPE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

     Kindly withdraw the Complaint to Determine Secured Status filed on September 24, 2018. Document number 1 in Adversary Case and Document 19 in Bankruptcy Case.


DATED: September 25, 2018          _____/s/_____
                                   Michael A. Cataldo, Esquire
                                   Cibik and Cataldo, P.C.
                                   1500 Walnut Street, Suite 900
                                   Philadelphia, PA 19102
                                   (215) 735-1060