# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                  Chapter 13

                                  Bankruptcy No. 18-14827-ELF

      JOHN J DOUGHERTY

      313 PATRICIA LANE

      ALDAN, PA 19018

           Debtor

## <u>CERTIFICATE OF SERVICE</u>

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

      JOHN J DOUGHERTY

      313 PATRICIA LANE

      ALDAN, PA 19018

Counsel for debtor(s), by electronic notice only.

      CIBIK & CATALDO
      1500 WALNUT STREET
      SUITE 900
      PHILA, PA 19102-

                        /S/ William C. Miller

Date: 9/27/2018               _____

                        William C. Miller, Esquire
                        Chapter 13 Standing Trustee