United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-14827-elf
John J. Dougherty                                                   Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Oct 31, 2018
                              Form ID: pdf900         Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
db             +John J. Dougherty,    313 Patricia Lane,    Aldan, PA 19018-3739
14172436       +Amato & Associates,    107 North Commerce Way,    Bethlehem, PA 18017-8913
14171844       +Bluestone Investments, Inc.,    c/o Amato Keating and Lessa, P.C.,
                 107 North Commerce Way, Suite 100,    Bethlehem PA 18017-8913
14172442       +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
14172443       +Experian,   Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14172445       +KML Law Group,   701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14172447        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
14172449       +PGW,   Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14200997       +Patient First c/o Receivables Management Systems,     PO Box 73810,
                 North Chesterfield, VA 23235-8047
14172453       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
14174782       +U.S. Bank National Association,    Asset Backed Certificates RFC 2007-HE1,
                 c/o REBECCA ANN SOLARZ,    710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 01 2018 02:21:52     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 01 2018 02:21:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 01 2018 02:21:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14172435       +E-mail/Text: ally@ebn.phinsolutions.com Nov 01 2018 02:21:20     Ally Financial,
                 Attn: Bankruptcy,    PO Box 380901,   Bloomington, MN 55438-0901
14172439        E-mail/Text: megan.harper@phila.gov Nov 01 2018 02:21:52     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14172440        E-mail/Text: megan.harper@phila.gov Nov 01 2018 02:21:52     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,   1515 Arch Street,    Philadelphia, PA 19102
14172437       +E-mail/Text: ecf@ccpclaw.com Nov 01 2018 02:21:21     Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
14172441       +E-mail/Text: bankruptcy@philapark.org Nov 01 2018 02:21:59     City of Philadelphia,
                 Parking Violations Branch,    PO Box 41819,   Philadelphia, PA 19101-1819
14179185        E-mail/Text: mrdiscen@discover.com Nov 01 2018 02:21:21     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
14172444        E-mail/Text: cio.bncmail@irs.gov Nov 01 2018 02:21:22     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14172446       +Fax: 407-737-5634 Nov 01 2018 02:49:19     Ocwen Loan Servicing, Llc,
                 Attn: Research/Bankruptcy,    1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
14196512       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 01 2018 02:21:24     PECO Energy Company,
                 2301 Market Street,    S4-1,   Philadelphia, PA 19103-1380
14205255        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2018 02:15:19
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14172448        E-mail/Text: bankruptcygroup@peco-energy.com Nov 01 2018 02:21:24     Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
14172450       +E-mail/Text: bankruptcy@philapark.org Nov 01 2018 02:21:59     Philadelphia Parking Authority,
                 Bankruptcy Department,    701 Market Street,    Philadelphia, PA 19106-2895
14172451        E-mail/Text: colleen.atkinson@rmscollect.com Nov 01 2018 02:22:01     Receivable Management Inc,
                 7206 Hull Rd,    Ste 211,   Richmond, VA 23235
14172452       +E-mail/Text: jennifer.chacon@spservicing.com Nov 01 2018 02:22:02
                 Select Portfolio Servicing, Inc,    PO Box 65250,    Salt Lake City, UT 84165-0250
14205517        E-mail/Text: jennifer.chacon@spservicing.com Nov 01 2018 02:22:02
                 U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14172454       +E-mail/Text: bncnotice@ph13trustee.com Nov 01 2018 02:22:00     William C. Miller, Esquire,
                 Chapter 13 Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14172438*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,   Philadelphia, PA 19102-3518
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: John                 Page 2 of 2                  Date Rcvd: Oct 31, 2018
                              Form ID: pdf900            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
              MICHAEL A. CATALDO2   on behalf of Plaintiff John J. Dougherty ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2   on behalf of Debtor John J. Dougherty ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2   on behalf of Debtor John J. Dougherty ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as trustee, on
               behalf of the holders of the Asset Backed Pass-Through Certificates, Series RFC 2007-HE1
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                               TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOHN J DOUGHERTY                          Chapter 13

                    Debtor          Bankruptcy No. 18-14827-ELF

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: October 31, 2018**                    _____
                                              Eric L. Frank
                                              Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-


Debtor:
JOHN J DOUGHERTY

313 PATRICIA LANE

ALDAN, PA 19018